03-15-00249-CV

Cielo Multifamily LLC vs. Michael Franzek

I request that the courts grant a motion to stay for the appellant for the appellant suffers from arthritis and will be unable to vacate the contested property until all legal resolutions are exhausted.

—Ryan Franzek
Ryan Michael Franzek

FILED
May 6, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
MAY 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned ~~conffered~~ conferred with opposing counsel who indicated that his client does not oppose this motion.

—Ryan Franzek
Ryan Michael Franzek

Pursuant to TEX APP. P. 9.5, I certify that on May 4th, 2015, a copy of this motion was mailed via first class U.S. mail, Postage pre-paid to the following: Bill Warren 1011 Westlake Drive Austin, TX 78746

—Ryan Franzek
Ryan Michael Franzek